UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

ANDREW TRILL                                          CASE #: 18-bk-00360-CCJ

                                                          Chapter 7

        Debtor(s)
_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 1, 2018 a true and correct copy of the Amended Statement of Financial Affairs has been furnished by U.S. mail or electronic transmission to:

Trustee:  Marie Henkel, 3560 South Magnolia Avenue, Orlando, FL 32806

                                                              */s/ Lewis Roberts*
                                                               Lewis Roberts
                                                               FL Bar #98190
                                                               Lewis Roberts, PA
                                                               631 Palm Springs Drive #114
                                                               Altamonte Springs, FL 32701
                                                               (407) 749-0080
                                                               lewis@lrlawoffice.com